UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KERRI SMITH                                                    CIVIL ACTION

VERSUS                                                         NO. 11-2922

ROBERT TANNER, WARDEN                                          SECTION "I"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the

Report and Recommendation of the United States Magistrate Judge, and the objection by

petitioner, Kerri Smith, which is hereby **OVERRULED**, approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this

matter.  Therefore,

   **IT IS ORDERED** that the petition of Kerri Smith for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

   New Orleans, Louisiana, this _____28th_____ day of March, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE